**Charles B. YOUNG, Petitioner— Appellant,**

**v.**

**Colie L. RUSHTON, McCi; Henry McMaster, Attorney General for South Carolina, Respondents—Appellees.**

**No. 06–8049.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2007.

Decided: July 20, 2007.

Charles B. Young, Appellant Pro Se. Donald John Zelenka, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellee.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Young seeks to appeal the district court's orders dismissing his 28 U.S.C. § 2254 (2000) petition and denying his Fed.R.Civ.P. 59(e) motion for reconsideration. Neither order is appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Young has not made the requisite showing. Accordingly, we deny a certificate of appealability and

dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*